

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-17-00572-CV

**CITY OF SAN ANTONIO** by and through City Public Service Board of San Antonio d/b/a
CPS Energy,
Appellant

v.

Chris **SMITH**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2015-CI-08496
The Honorable Renée Yanta, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's memorandum opinion of this date, the portion of the trial court's order denying CPS Energy's plea to the jurisdiction and supplemental plea to the jurisdiction is REVERSED, and judgment is RENDERED granting CPS Energy's plea to the jurisdiction and supplemental plea to the jurisdiction in its entirety and dismissing all of Chris Smith's claims against it. It is ORDERED that the Appellant City of San Antonio by and through City Public Service Board of San Antonio d/b/a CPS Energy recover its costs on appeal from Appellee Chris Smith.

SIGNED August 22, 2018.

_Karen Angelini_
Karen Angelini, Justice